IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES EMERSON  \*
    Plaintiff

          \*

vs.                                 Civil No.: CCB-00-187

          \*

PUBLIC SAFETY
    Defendant   \*

\*\*\*\*\*\*

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named defendant within 120 days after the filing of the complaint, it is, this 5th day of July 2000, ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                  CATHERINE C. BLAKE
                                                  United States District Judge

U.S. District Court (Rev. 1/2000)

# TRANSMITTAL MEMORANDUM

**TO:** Judge Blake            **DATE:** June 29, 2000

**FROM:** Bea Merez

**CASE NO:** CCB-00-0187

Attached is the court file which is being transmitted to you for the following reason:

- [X] **No service has been effected within 120 days (proposed show cause order attached)**
- [ ] No response to show cause order re failure to effect service within 120 days (proposed order of dismissal attached)
- [ ] Service effected but no motion for default filed (proposed order requiring filing of such motion attached)
- [ ] Case may be ready for issuance of scheduling order
- [ ] No paper has been filed in court for 9 months (proposed show cause order attached)
- [ ] No response to show cause order re 9 month inactivity (proposed order of dismissal attached)
- [ ] No contents of the record on bankruptcy appeal filed (proposed show cause order attached)
- [ ] No response to show cause order re failure to designate contents of the record on bankruptcy appeal (proposed order of dismissal attached)
- [ ] No appellant's brief in bankruptcy appeal filed (proposed show cause order attached)
- [ ] No response to show cause order re failure to file appellant's brief in bankruptcy appeal (proposed order of dismissal attached)
- [ ] Other _____

_[signature]_

U.S. District Court (Rev. 3/2000) - Transmittal Memorandum