IN ThE UNITED STATES DISTRICT COuRT
FOR THE DISTRICT OF MARYLAND

JAMES EMERSON

    Plaintiff(s)

vs.

    Civil No.: CCB-00-187

PUBLIC SAFETY

    Defendant(s)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 21 P 3: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

\*\*\*\*\*\*

## ORDER

Plaintiff(s) having failed to show good cause as to why service of the summons and complaint has not been made upon defendant(s) within 120 days of the filing of the complaint as required by the prior order of this court, it is, this 21st day of July, 20 ,

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Catherine C. Blake
United States District Judge

U.S. District Court (Rev. 1/2000)